TOLEDO BAR ASSOCIATION *v.* WILSON.

[Cite as Toledo Bar Assn. *v.* Wilson (1990), 51 Ohio St. 3d 105.]

(No. 89-2213—Submitted February 13, 1990—Decided May 23, 1990.)

*Charles A. Stupsker* and *Edward J. McCormick, Jr.,* for relator.

*James E. Moan,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for six months, but this sanction is suspended, and he is placed on probation for a two-year period. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.